44 A.3d 656

**Christopher HARRISON, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent.**

**No. 19 EM 2012.**

Supreme Court of Pennsylvania.

May 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of May, 2012, the "Application for Relief *Nunc Pro Tunc* " is **DENIED.**